

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00404-CV

———————————————

IN THE INTEREST OF J.F., A CHILD

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 322-740713-23

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

Appellant B.F. attempts to appeal from the trial court's "Order in Suit Affecting the Parent–Child Relationship" signed on February 11, 2026 (the Order). Because B.F. timely filed a motion for new trial, his notice of appeal was due May 12, 2026—ninety days after the Order's signing. *See* Tex. R. App. P. 26.1(a)(1). But B.F. did not file his notice of appeal until June 17, 2026, making it untimely. *See id.*

On June 19, 2026, we notified the parties by letter of our concern that we lack jurisdiction over this appeal because the notice of appeal was untimely. *See id.* We warned that we could dismiss this appeal for want of jurisdiction unless B.F. or any party wanting to continue the appeal filed a response by June 29, 2026, showing grounds for continuing it. *See* Tex. R. App. P. 42.3(a), 44.3. We have received no response.

The time for filing a notice of appeal is jurisdictional in this court, and without a timely filed notice of appeal or a timely filed extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because B.F.'s notice of appeal was untimely, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *In re N.G.*, No. 02-25-00668-CV, 2026 WL 70846, at *1 (Tex. App.—Fort Worth Jan. 8, 2026, no pet.) (mem. op.) ("Because L.G.'s notice of appeal was untimely, we dismiss this appeal for want of jurisdiction.").

2

/s/ Dana Womack

Dana Womack
Justice

Delivered:  July 23, 2026